# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 27, 2025

*Via ECF*

The Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

HalpernNYSDChambers@nysd.uscourts.gov

> Application granted. The redacted document (Doc. 42) shall remain the publicly-filed version, and the unredacted version (Doc. 41) shall remain under seal.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 31, 2025

Re:   ***Regeneron Pharmaceuticals, Inc. v. Sanofi Biotechnology SAS, Sanofi S.A., sanofi-aventis U.S. LLC, and Genzyme Corporation***
Case No. 7:24-cv-08751-PMH (S.D.N.Y.)

Dear Judge Halpern:

We represent Regeneron in this action and submit this Letter Motion to Seal in accordance with Federal Rule of Civil Procedure 5.2, Local ECF Rules and Instructions 6.5, and this Court's Individual Practice Rule 5.B.

Regeneron respectfully requests that the Court seal the unredacted version of its Response to Sanofi's Pre-Motion Letter that Regeneron will file contemporaneously with this Letter Motion. Regeneron will also contemporaneously file a redacted public version of its Response to Sanofi's Pre-Motion Letter. The redacted version includes only one, narrowly tailored redaction to protect the same confidential information discussed in Sanofi's motion to seal, *see* ECF No. 37, which the Court granted, *see* ECF No. 39.

This motion to seal is unopposed.

Respectfully submitted,

/s/ *Andrew E. Goldsmith*
Andrew E. Goldsmith (*admitted pro hac vice*)
*Counsel for Regeneron Pharmaceuticals, Inc.*

cc: All parties of record (via ECF)