# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

> Application granted. The pre-motion conference scheduled for May 6, 2025 is adjourned to June 5, 2025 at 11:00 a.m. using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 2, 2025

*Via ECF*

The Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Regeneron Pharmaceuticals, Inc. v. Sanofi Biotechnology SAS, Sanofi S.A., sanofi-aventis U.S. LLC, and Genzyme Corporation*
Case No. 7:24-cv-08751-PMH (S.D.N.Y.)

Dear Judge Halpern:

    I write on behalf of Regeneron to request an adjournment of the telephone conference scheduled for May 6, 2025 in the above-referenced matter. *See* Dkt. 43. On that date I will be on trial in the Central District of California. No party has previously requested adjournment of this conference. Sanofi consents to this request.

    The parties have conferred, and in light of various preexisting commitments respectfully request that the conference be rescheduled for a date between May 21 and 27 or between June 4 and 6.

Respectfully submitted,

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith

*Counsel for Regeneron Pharmaceuticals, Inc.*

cc: All parties of record (via ECF)