KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

June 2, 2026

> Application granted. The discovery conference scheduled for June 10, 2026 is adjourned to June 29, 2026 at 2:30 p.m.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 80.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>              June 2, 2026

*By ECF*

Hon. Philip M. Halpern
U.S. District Court, Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    *Regeneron Pharmaceuticals, Inc. v. Sanofi Biotechnology SAS, et al.*
             No. 7:24-cv-08751-PMH (S.D.N.Y.)

Dear Judge Halpern:

    Undersigned counsel for Plaintiff Regeneron Pharmaceuticals, Inc. will be out of the country the week of June 8, 2026.  Regeneron therefore respectfully requests an adjournment of the conference currently set for June 10.  *See* Dkt. 79.  Regeneron has not previously requested adjournment of this date.  Defendants consent to Regeneron's request.  The parties are available for a rescheduled conference on June 18 in the morning and on June 22, if one of those dates is convenient for the Court.

                                        Respectfully submitted,

                                        */s/ Andrew E. Goldsmith*

    cc:    Counsel of Record