UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGENERON PHARMACEUTICALS,
INC.,

                              Plaintiff,

             -against-

SANOFI BIOTECHNOLOGY SAS, et al.,

                              Defendant.

**ORDER**

24-CV-08751 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a discovery dispute conference today.

After hearing from the parties, the Court ruled on the disputes raised in the pre-motion letters. (Docs. 74, 75, 78). The Court also addressed the dispute raised in the parties' letter-motions concerning the Court's model protective order and the parties' proposed modifications. (Docs. 87, 88). The Court directed the parties to meet and confer and revise the proposed modifications in accordance with the Court's rulings today, and file a letter setting forth all the proposed modifications together with the proposed order.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending letter-motions (Docs. 87, 88).

                              **SO ORDERED.**

Dated:    White Plains, New York
          June 29, 2026

                              _____
                              PHILIP M. HALPERN
                              United States District Judge