July 16, 2026

*Via ECF*

The Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

HalpernNYSDChambers@nysd.uscourts.gov

Re: ***Regeneron Pharmaceuticals, Inc. v. Sanofi Biotechnology SAS, Sanofi S.A., sanofi-aventis U.S. LLC, and Genzyme Corporation***
**Case No. 7:24-cv-08751-PMH (S.D.N.Y.)**

*Joint Letter Pursuant to Individual Practices in Civil Cases Rule 4(I) Concerning Agreed Modifications to the Court's Model Stipulated Confidentiality Agreement and Protective Order*

Application granted. The Stipulated Confidentiality Agreement and Protective Order will be separately docketed.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 90.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 17, 2026

Dear Judge Halpern:

Pursuant to the Court's Individual Practice Rule 1(I) and the Court's direction at the June 29, 2026 conference, the Parties jointly submit a Proposed Stipulated Confidentiality Agreement and Protective Order ("Proposed Order") as **Exhibit A**. The Parties propose several changes to the Court's April 9, 2020 Model Confidentiality Stipulation and Proposed Order ("Model Order"). Those changes are explained below and visible in the redline attached as **Exhibit B**.

**Paragraph 2(e), Non-Disclosed Information.** At Sanofi's request, this change adds an additional category of information over which a party may claim confidentiality.

**Paragraph 14, Artificial Intelligence.** At Sanofi's request, this change adds a provision governing the parties' use of artificial intelligence tools in discovery.

**Paragraph 18, Use of Discovery Materials.** At Regeneron's request, the first change contemplates that the Court may permit Regeneron to use discovery materials for related cases, which may be necessary if discovery gives rise to additional claims and amending the complaint in this case is impractical. At Sanofi's request, the second change expressly preserves certain of its defenses.

**Paragraph 21, FRE 502.** At Sanofi's request, this change states that the provision displaces certain provisions within Federal Rule of Evidence 502.

**Paragraph 23, Inadvertent Disclosure.** At Sanofi's request, this change gives parties additional time to produce a privilege log following notification of inadvertently disclosed information.

In addition, the redlines in Exhibit B reflect changes from the Model Order in paragraphs 1, 3-6, 8-11, 26 & Exs. A & B implementing the Court's June 29 rulings adopting two tiers of confidentiality and permitting three designated in-house lawyers from each side to access both tiers.

The Parties respectfully request these modifications to the Model Order.

Respectfully submitted,

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith
Robert C. Klipper (admitted *pro hac vice*)
Hilary M. Weaver (admitted *pro hac vice*)
Jarrod A. Nagurka (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
agoldsmith@kellogghansen.com
rklipper@kellogghansen.com
hweaver@kellogghansen.com
jnagurka@kellogghansen.com

Russel M. Yankwitt
Jonathan Ohring
Cassandra M. Vogel
YANKWITT LLP
140 Grant Street, Suite 705
White Plains, N.Y. 10601
(914) 686-1500
russell@yankwitt.com
jonathan@yankwitt.com
cassandra@yankwitt.com

*Counsel for Plaintiff*

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein (admitted *pro hac vice*)
Whitney Cloud (SDNY No. 5158324)
M. David Josefovits (admitted *pro hac vice*)
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103
Tel.: (215) 656-3300
ilana.eisenstein@us.dlapiper.com
whitney.cloud@us.dlapiper.com
david.josefovits@us.dlapiper.com

Christopher M. Strongosky
(SDNY No. 3960937)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4643
christopher.strongosky@us.dlapiper.com

William P. Harrington
George P. Burns, Jr.
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, New York 10601
Tel.: (914) 949-2700
wpharrington@bpslaw.com
gburns@bpslaw.com

*Counsel for Defendants*